## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CINDY LEE MILLER                                                                                      PLAINTIFF

v.                                            NO. 4:14CV00476 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                              DEFENDANT

## ORDER

The Court has reviewed the recommended disposition of United States Magistrate Judge J. Thomas Ray. No objections have been filed. The recommended disposition is adopted as the disposition of this Court. The decision of the Acting Commissioner of the Social Security Administration to deny disability benefits to Cindy Lee Miller is affirmed. Cindy Lee Miller's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE