**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CINDY LEE MILLER                                                                                        PLAINTIFF

v.                                          NO. 4:14CV00476 JLH-JTR

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the decision of the Acting Commissioner of the Social Security Administration denying disability benefits to Cindy Lee Miller is affirmed. Cindy Lee Miller's complaint is dismissed with prejudice.

IT IS SO ORDERED this 5th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE